

# Fourth Court of Appeals
## San Antonio, Texas

November 12, 2014

No. 04-14-00625-CR

**EX PARTE** Devan S. **MATTHEWS**

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR11609
Honorable Ron Rangel, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on November 12, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand, and affixed the seal of the said court on this 12th day of November, 2014.

_____
Keith E. Hottle, Clerk